# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
S. LaSpaluto, Deputy
3/5/2021 10:57:39 AM
Filing ID 12620567

LUBIN & ENOCH, P.C.
Nicholas J. Enoch
State Bar No. 016473
William W. Holder
State Bar No. 009478
Clara S. Acosta
State Bar No. 036044
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email: nick@lubinandenoch.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| Gonzalo Leyva, a single man, | No.    CV2021-003632 |
| Plaintiff, | |
| v. | |
| Alberto Silva Avila and Maricela N. Medrano, a married couple, and DGO Tile and Granite, LLC, an Arizona limited liability company, | **COMPLAINT** |
| Defendants. | |

Plaintiff, Gonzalo Leyva ("Leyva" or "Plaintiff"), by and through his attorneys, Lubin & Enoch, P.C., brings this action pursuant to, *inter alia*, the Arizona Minimum Wage Act, A.R.S. 23 §§ 362-365 (the "AMWA") and the Fair Labor Standards Act of 1938, 29 U.S.C. §§201-219 (the "FLSA").

1

1

## **INTRODUCTION**

2   1.      Plaintiff is a former employee of Alberto Silva Avila ("Avila") and DGO

3   Tile and Granite, LLC ("DGO") (collectively "Defendants").

4   2.      Avila has willfully contravened Plaintiff's right to be paid the minimum

5   wage and receive paid sick time as required by AMWA.

6   3.      Avila has willfully contravened Plaintiff's right to be paid regular and

7   overtime wages due to him under the FLSA.

8   4.      Defendants have willfully withheld Plaintiff's wages in violation of A.R.S.

9   § 23-352.

10   5.      Defendants have willfully withheld Plaintiff's final paycheck in violation of

11   A.R.S. § 23-353.

12

## **PARTIES**

13   6.      Currently, and during all relevant time periods, Plaintiff has resided in

14   Phoenix, Arizona.

15   7.      Plaintiff is a former "employee" of Defendants as that term is defined in 29

16   U.S.C. § 203(e)(1), A.R.S. § 23-362(A), and A.R.S. § 41-1461(5).

17   8.      Upon information and belief, Avila is a resident of Phoenix, Arizona and

18   has been at all times relevant to this proceeding.

19   9.      Upon information and belief, Avila and Maricela N. Medrano are a married

20   couple who have resided in Maricopa County at all times relevant to this proceeding.

21   10.      In performing his work on behalf of DGO, Avila acted in the interest of his

22   marital community.

2

1    11.    Avila is an "employer" as that term is defined in 29 U.S.C. § 203(d), A.R.S.

2    § 23-362(B), and A.R.S. § 41-1461(6).

3    12.    Upon information and belief, DGO is an Arizona Limited Liability

4    Company domiciled in Arizona and headquartered at 2542 W. Novak Way, Phoenix,

5    Arizona 85041.

6    13.    Upon information and belief, DGO's annual dollar volume of business

7    done is not less than $500,000.

8    14.    DGO is an "employer" as that term is defined in 29 U.S.C. § 203(d), A.R.S.

9    §§ 23-362(B), and 41-1461(6).

10    15.    While employed by the Defendants, Plaintiff was "engaged in commerce"

11    as defined in the FLSA and corresponding regulations. 29 U.S.C. §203 (b); *see also* 29

12    C.F.R. § 776.9 ("[i]t is clear that the employees covered by the wage and hour provisions

13    of the Act as employees 'engaged in commerce' are employees doing work involving or

14    related to the movement of persons or things . . . ." ).

15    16.    Therefore, Defendants are not exempt from compliance with the AMWA

16    pursuant to the small business exception. *See* A.R.S. § 23-362(C) ("'[S]mall business'

17    means any corporation, proprietorship, partnership, joint venture, limited liability

18    company, trust, or association that has less than five hundred thousand dollars in gross

19    annual revenue and that is exempt from having to pay a minimum wage under § 206(a) of

20    Title 29 of the United States Code.")

21    17.    Defendants are not exempt from paying Plaintiff minimum wage as

22    required by § 206(a) of the FLSA.

18. Avila was Plaintiff's supervisor. At times relevant hereto, Avila exercised managerial responsibilities and substantial control over the terms and conditions of Plaintiff's work. Among other things, Avila is primarily responsible for hiring and firing employees, supervising and controlling employee work schedules and conditions of employment, determining the rate and method of payment, and maintaining any employment records that may exist.

19. Avila engaged in the conduct listed in ¶ 18 with respect to Plaintiff in furtherance of interests of DGO.

## JURISDICTION AND VENUE

20. This Court has jurisdiction over the subject matter of this complaint pursuant to 29 U.S.C. § 216(b) and A.R.S. § 12-123(A).

21. Venue is proper in this Court pursuant to A.R.S. § 12-401.

22. The amount of Plaintiff's damages qualifies this matter as a Tier 2 case in accordance with Rule 8(b)(2) of the Arizona Rules of Civil Procedure.

## GENERAL ALLEGATIONS

23. On or about August 15, 2018, Plaintiff began working full time as a tile setter for DGO.

24. Plaintiff knew and had worked with Avila through previous employment.

25. As a tile setter, Plaintiff would cut and install tile in residential homes, such as in floors, bathrooms, and backyards.

26. Plaintiff regularly worked between nine (9) to eleven (11) hours per day five (5) to six (6) days per week.

27.     Plaintiff was expected to be at the residential home where they were working each day at or before 7:00 a.m.

28.     While on site, Plaintiff was supervised by a co-worker, "Marco", or the resident of the home where they were working. Defendant would call the resident of the home to verify his employees had arrived on time or to check-in on progress during the day.

29.     Plaintiff received his daily or weekly assignments from Avila or Marco by text or phone call.

30.     Plaintiff was paid $120 per day at the beginning of his employment with DGO.

31.     On or around November 2018, Plaintiff asked Avila for a pay raise and received a raise from $120 to $140 per day.

32.     Plaintiff was paid biweekly or, when Defendants claimed they did not have enough money, every three weeks.

33.     Plaintiff received cash or checks from Defendants as payment.

34.     Because Defendants paid their employees per day and not per hour, they did not record the time their employees started or ended their workdays.

35.     Plaintiff received no paid sick time, paid vacation days, or paid holidays during his employment with DGO.

36.     Leyva was one of several employees of an employer with fifteen (15) or more employees within the meaning of A.R.S § 23-372 (A). Accordingly, Leyva should have accrued one (1) hour of paid sick time for every thirty (30) hours worked, for a total

of forty (40) hours of earned paid sick time per year. Upon information and belief, Leyva worked a sufficient number of hours to accrue a total of forty (40) hours of earned paid sick time each year.

37.     Defendants failed to record Leyva's accrued sick time on pay checks over the course of his employment violating A.R.S. § 23-375(c).

38.     On or around May 2019, Avila had only assigned Plaintiff to work two or four days a week.

39.     On or around May 2019, Plaintiff received a check from Avila dated May 11, 2019 with a value of $2,240. *See* Exhibit A. When Plaintiff deposited this check, it bounced.

40.     After attempting to deposit the check, Plaintiff incurred a $12 fee from his bank for depositing a check without sufficient funds.

41.     Thereafter, Avila never paid Plaintiff the amount of this check or reimbursed him for the bank fee.

42.     In July of 2019, Plaintiff left his employment with DGO.

### FIRST CLAIM FOR RELIEF
**(Against Co-Defendant Avila Only)**

**Violation of FLSA Minimum Wage Standard**

43.     Plaintiff re-alleges and incorporates by reference ¶¶ 1 through 42 as if fully set forth herein.

44.     Avila has deliberately and willfully failed to pay wages due to Plaintiff in violation of the federal minimum wage law, 29 U.S.C. § 206.

1    45.    Because Avila's violations of the FLSA are willful, a three-year statute of

2    limitations applies, pursuant to 29 U.S.C. § 255.

3    46.    Pursuant to 29 U.S.C. § 216(b), Plaintiff is entitled to recover all unpaid

4    wages, liquidated damages, reasonable attorneys' fees, and costs of the action.

**SECOND CLAIM FOR RELIEF**
**(Against Co-Defendant Avila Only)**

**Violation of FLSA Overtime Compensation Standard**

47.    Plaintiff re-alleges and incorporates by reference ¶¶ 1 through 46 as if fully set forth herein.

48.    Avila has willfully failed to compensate Plaintiff for overtime hours he worked as required under 29 U.S.C. § 207.

49.    Plaintiff is entitled to receive compensation at a rate of one and one-half times (1 ½ x) the regular wage rate for each hour worked for Avila in excess of forty hours in any week plus liquidated damages and attorneys' fees and costs pursuant to 29 U.S.C. § 216(b).

**THIRD CLAIM FOR RELIEF**
**(Against Co-Defendant Avila Only)**

**Violation of AMWA Minimum Wage**

50.    Plaintiff re-alleges and incorporates by reference ¶¶ 1 through 49 as if fully set forth herein.

51.    Avila has willfully failed to pay wages at the rate of the Arizona minimum wage, in violation of the AMWA, codified at A.R.S. § 23-363.

7

52.     Pursuant to A.R.S. § 23-364(F), Avila is subject to a civil penalty of at least $250 for a first violation and at least $1,000 for each subsequent or willful violation of recordkeeping, posting, or other requirements under A.R.S. § 23-364(F).

53.     Pursuant to A.R.S. § 23-364(H), Plaintiff may commence this civil action to enforce the AMWA three years after the last willful violation occurred. The action may encompass all violations that occurred as a part of a continuing course by Avila. *Id.*

54.     Avila's violation of the AMWA was committed as a matter of a continuing course of employer conduct within the meaning of A.R.S. § 23-364(H).

## FOURTH CLAIM FOR RELIEF

### Violation of the Fair Wages and Healthy Families Act's Paid Sick Time Requirements

55.     Plaintiff re-alleges and incorporates by reference ¶¶ 1 through 54 as if fully set forth herein.

56.     Defendants have willfully failed to compensate Plaintiff for the earned paid sick time he accrued in his time working as an employee.

57.     Pursuant to A.R.S. § 23-372(A), employees of an employer with 15 or more employees shall accrue a minimum of one hour of earned paid sick time for every 30 hours worked.

58.     Pursuant to A.R.S. § 23-364(D), Defendants are required to maintain records showing the earned paid sick time paid to all employees over a period of at least four years. Failure to do so shall create a rebuttable presumption that Defendants did not pay the minimum earned paid sick time required by law.

### FIFTH CLAIM FOR RELIEF
**(Against Co-Defendant Avila Only)**

**Violation of Arizona Wage Laws**

59.     Plaintiff re-alleges and incorporates by reference ¶¶ 1 through 58 as if fully set forth herein.

60.     A.R.S. § 23-351 provides that "[e]ach employer in this State shall designate two or more days in each month, not more than sixteen days apart, as fixed paydays for payment of wages to the employees." It also provides that the employer "shall pay to the employees all wages due the employees up to that date . . ."

61.     Avila willfully violated A.R.S. § 23-351 by providing Plaintiff a paycheck that Avila knew did not have sufficient funds to cover the payment.

62.     Pursuant to A.R.S. § 23-355(A), Plaintiff is entitled to damages from the employer that are treble the amount of unpaid wages.

### SIXTH CLAIM FOR RELIEF
**(Against Co-Defendant Avila Only)**

**Unlawfully Withholding Final Paycheck**

63.     Plaintiff re-alleges and incorporates by reference ¶¶ 1 through 62 as if fully set forth herein.

64.     Pursuant to A.R.S. § 23-353, Avila is required to pay employee wages due him "within seven working days or the end of the next regular pay period [after Plaintiff's termination], whichever is sooner."

65.     Avila willfully failed to compensate Plaintiff for his final paycheck for worked performed for DGO.

9

66.     Plaintiff has not provided prior written authorization to Avila to withhold his final paycheck, nor does Avila have a claim of debt, reimbursement, recoupment or set-off against Plaintiff. As a result, the exceptions to A.R.S. § 23-353 outlined in A.R.S. § 23-352 do not apply.

67.     Pursuant to A.R.S. § 23-355(A), Plaintiff may seek an amount of recovery that is treble that of his unpaid wages.

## **PRAYER FOR RELIEF**

Plaintiff prays he recover the following:

A.     An award of unpaid minimum wages in an amount appropriate to proof adduced at trial pursuant to 29 U.S.C. §§ 207 and 216(b) and A.R.S. § 23-364(G);

B.     An award of unpaid overtime in an amount appropriate to the proof adduced at trial pursuant to 29 U.S.C. §§ 207 and 216(b);

C.     An award of liquidated damages regarding ¶¶ A and B, *supra*, in an amount appropriate to the proof adduced at trial, pursuant to 29 U.S.C. § 216(b), and an award of an additional amount equal to twice the underpaid minimum wages, pursuant to A.R.S. § 23-364(G);

D.     Civil penalties of at least $250 for a first violation and at least $1,000 for each subsequent or willful violation of recordkeeping, posting, or other requirements under A.R.S. § 23-364(F);

1    E.    For withholding Plaintiff's wage as set forth in the Sixth Claim for Relief,

2    wages lost, damages equal to treble that of his unpaid wage pursuant to A.R.S. § 23-

3    355(A);

4    F.    Pre- and post-judgment interest on the amount of unpaid wages pursuant to

5    A.R.S. § 23-364(G);

6    G.    Attorneys' fees pursuant to 29 U.S.C. § 216(b) and A.R.S. § 23-364(G);

7    H.    Litigation costs pursuant to 29 U.S.C. § 216(b) and A.R.S. §§ 12-341 and

8    23-364(G);

9    I.    In the event Defendants fail to timely satisfy any judgment for Plaintiff, an

10   award that Defendants shall pay Plaintiff an amount which is treble the amount of the

11   outstanding judgment, with interest thereon, in accordance with A.R.S. § 23-360;

12   J.    A declaratory judgment pursuant to the Uniform Declaratory Judgments

13   Act, A.R.S. § 12-1831, et seq., that Defendants have violated Plaintiff's rights,

14   privileges, protections, compensation, benefits, and entitlements under the law, as

15   alleged herein;

16   K.    Such other legal and equitable relief as the Court deems just.

17   RESPECTUFLLY SUBMITTED this 5th day of March 2021.

18

19                                    LUBIN & ENOCH, P.C.

20                                    /s/ Nicholas J. Enoch
                                      Nicholas J. Enoch
21                                    Attorney for Plaintiff

22

11

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2021, I electronically filed and

3

transmitted the attached Complaint using the AZ-Turbo Court E-filing Online System.

4

5

/s/ Cristina Gallardo-Sanidad

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

# EXHIBIT A



Confidential

Confidential

# EXHIBIT A



Confidential

Confidential

Clerk of the Superior Court
*** Electronically Filed ***
S. LaSpaluto, Deputy
3/5/2021 10:57:39 AM
Filing ID 12620569

Person/Attorney Filing: Nicholas J Enoch
Mailing Address: Lubin & Enoch P.c. 349 North Fourth Avenue
City, State, Zip Code: Phoenix, AZ 85003
Phone Number: (602)234-0008
E-Mail Address: nick@lubinandenoch.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016473, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Gonzalo Leyva
Plaintiff(s),
v.
Alberto Silva Avila, et al.
Defendant(s).

Case No. **CV2021-003632**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Nicholas J Enoch /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set 85465261

Clerk of the Superior Court
*** Electronically Filed ***
S. LaSpaluto, Deputy
3/5/2021 10:57:39 AM
Filing ID 12620568

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorneys:**
Nicholas J Enoch - Primary Attorney
Bar Number: 016473, issuing State: AZ
Law Firm: Lubin & Enoch PC
Lubin & Enoch P.c. 349 North Fourth Avenue
Phoenix, AZ 85003
Telephone Number: (602)234-0008
Email address: nick@lubinandenoch.com

William W. Holder
Bar Number: 009478, issuing State: AZ
Law Firm: Lubin & Enoch PC
Telephone Number: (602)234-0008

Clara S. Acosta
Bar Number: 036044, issuing State: AZ
Law Firm: Lubin & Enoch PC
Telephone Number: (602)234-0008

**Plaintiff:**
Gonzalo Leyva

**Defendants:**
Alberto Silva Avila
2542 W. Novak Way
Phoenix, AZ 85041

Maricela N. Medrano
2542 W. Novak Way
Phoenix, AZ 85041

DGO Tile and Granite, LLC
2542 W. Novak Way
Phoenix, AZ 85041

**CV2021-003632**

AZTurboCourt.gov Form Set 8546852841



Clerk of the Superior Court
*** Electronically Filed ***
S. LaSpaluto, Deputy
3/5/2021 10:57:39 AM
Filing ID 12620571

Person/Attorney Filing: Nicholas J Enoch
Mailing Address: Lubin & Enoch P.c. 349 North Fourth Avenue
City, State, Zip Code: Phoenix, AZ 85003
Phone Number: (602)234-0008
E-Mail Address: nick@lubinandenoch.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016473, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Gonzalo Leyva
Plaintiff(s),
v.
Alberto Silva Avila, et al.
Defendant(s).

Case No. **CV2021-003632**

**SUMMONS**

To: Maricela N. Medrano

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 05, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *SHANNON LASPALUTO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZTurboCourt.gov Form Set #5468241

CLERK OF THE
**SUPERIOR COURT**
FILED
C. ATKINS, DEP

**2021 MAR 18  PM 3:44**

**Integrity Attorney Services**
P.O. Box 33123
**Phoenix, Arizona 85067-3123**

| IAS#: | 90156-ds |
|---|---|
| Atty#: 6220-002 | |

## IN THE SUPERIOR COURT OF THE STATE OF
## ARIZONA IN AND FOR THE COUNTY OF MARICOPA

GONZALO LEYVA,
    Plaintiff(s),

vs.

ALBERTO SILVA AVILA AND MARICELA N.
MEDRANO AND DGO TILE AND GRANITE, LLC,
    Defendant(s).

Case No: CV2021-003632

**AFFIDAVIT OF
SERVICE OF PROCESS**

EFRAIN SOTELO, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; CIVIL COVERSHEET;

From LUBIN & ENOCH, Nicholas J. Enoch, SBN 27113 on 3/8/2021, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon ALBERTO SILVA AVILA, at his usual place of abode, at 2542 W. Novak Way, Phoenix, Arizona 85041, on 3/15/2021 at 5:07 PM, by leaving one set of the above listed documents with Maricela N. Medrano, wife, a person of suitable age and discretion, residing therein. Description: Female, Hispanic, late 30's early 40's, 5'6", 140 lbs, black hair, brown eyes.

/s Efrain Sotelo, MC-2045

SUBSCRIBED AND SWORN to me this 16th day of March, 2021.

Notary public:    Gail R. Dammann
My commission expires:  August 24, 2022

GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

| $16.00 | Service(s) |
|---|---|
| $25.00 | Mileage (10)ES |
| $9.00 | Preparation of Affidavit/Notary |
| **$ 50.00** | **Total** |

Clerk of the Superior Court
*** Electronically Filed ***
S. LaSpaluto, Deputy
3/5/2021 10:57:39 AM
Filing ID 12620570

Person/Attorney Filing: Nicholas J Enoch
Mailing Address: Lubin & Enoch P.c. 349 North Fourth Avenue
City, State, Zip Code: Phoenix, AZ 85003
Phone Number: (602)234-0008
E-Mail Address: nick@lubinandenoch.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016473, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Gonzalo Leyva
Plaintiff(s),
v.
Alberto Silva Avila, et al.
Defendant(s).

Case No.  **CV2021-003632**

**SUMMONS**

To: Alberto Silva Avila

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *March 05, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *SHANNON LASPALUTO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

**Integrity Attorney Services**
**P.O. Box 33123**
**Phoenix, Arizona 85067-3123**

| IAS#: | 90158-ds |
|---|---|
| Atty#: 6220-002 | |

CLERK OF THE SUPERIOR COURT
FILED

MAR 26 2021   3:08 PM

S. Montuori, Deputy

## IN THE SUPERIOR COURT OF THE STATE OF
## ARIZONA IN AND FOR THE COUNTY OF MARICOPA

GONZALO LEYVA,
    Plaintiff(s),

vs.

ALBERTO SILVA AVILA AND MARICELA N.
MEDRANO AND DGO TILE AND GRANITE, LLC,
    Defendant(s).

Case No: CV2021-003632

AFFIDAVIT OF
SERVICE OF PROCESS

EFRAIN SOTELO, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; CIVIL COVERSHEET;

From LUBIN & ENOCH, Nicholas J. Enoch, SBN 27113 on 3/8/2021, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon DGO TILE AND GRANITE, LLC, by service upon its Statutory Agent, ALBERTO SILVA AVILA, personally, at 2542 W. Novak Way, Phoenix, Arizona 85041, on 3/24/2021 at 6:20 PM. Description: Female, Hispanic, 40's years old, 6', 220 lbs, salt and pepper hair, brown eyes.

/s Efrain Sotelo, MC-2045

SUBSCRIBED AND SWORN to me this 25th day of March, 2021.

Notary public:    Gail R. Dammann
My commission expires:  August 24, 2022

GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

| $16.00 | Service(s) |
|---|---|
| $25.00 | Mileage (10)ES |
| $9.00 | Preparation of Affidavit/Notary |
| $ 50.00 | Total |

Clerk of the Superior Court
*** Electronically Filed ***
S. LaSpaluto, Deputy
3/5/2021 10:57:39 AM
Filing ID 12620572

Person/Attorney Filing: Nicholas J Enoch
Mailing Address: Lubin & Enoch P.c. 349 North Fourth Avenue
City, State, Zip Code: Phoenix, AZ 85003
Phone Number: (602)234-0008
E-Mail Address: nick@lubinandenoch.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016473, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Gonzalo Leyva | |
| Plaintiff(s), | |
| v. | Case No.  CV2021-003632 |
| Alberto Silva Avila, et al. | |
| Defendant(s). | **SUMMONS** |

To: DGO Tile and Granite, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 05, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *SHANNON LASPALUTO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

CLERK OF THE
SUPERIOR COURT
FILED
C. ATKINS, DEP

2021 MAR 18 PM 3:44

**Integrity Attorney Services**
**P.O. Box 33123**
**Phoenix, Arizona 85067-3123**

| IAS#: | 90157-ds |
|-------|----------|
| Atty#: 6220-002 | |

## IN THE SUPERIOR COURT OF THE STATE OF
## ARIZONA IN AND FOR THE COUNTY OF MARICOPA

GONZALO LEYVA,
    Plaintiff(s),

vs.

ALBERTO SILVA AVILA AND MARICELA N.
MEDRANO AND DGO TILE AND GRANITE, LLC,
    Defendant(s).

Case No: CV2021-003632

AFFIDAVIT OF
SERVICE OF PROCESS

EFRAIN SOTELO, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; CIVIL COVERSHEET;

From LUBIN & ENOCH, Nicholas J. Enoch, SBN 27113 on 3/8/2021, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon MARICELA N. MEDRANO, personally, at 2542 W. Novak Way, Phoenix, Arizona 85041, on 3/15/2021 at 5:07 PM. Description: Female, Hispanic, late 30's early 40's, 5'6", 140 lbs, black hair, brown eyes.

/s Efrain Sotelo, MC-2045

SUBSCRIBED AND SWORN to me this 16th day of March, 2021.

Notary public:      Gail R. Dammann
My commission expires:    August 24, 2022

GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

| $16.00 | Service(s) |
|--------|------------|
| $9.00 | Preparation of Affidavit/Notary |
| **$ 25.00** | **Total** |

Clerk of the Superior Court
*** Electronically Filed ***
S. LaSpaluto, Deputy
3/5/2021 10:57:39 AM
Filing ID 12620571

Person/Attorney Filing: Nicholas J Enoch
Mailing Address: Lubin & Enoch P.c. 349 North Fourth Avenue
City, State, Zip Code: Phoenix, AZ 85003
Phone Number: (602)234-0008
E-Mail Address: nick@lubinandenoch.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016473, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Gonzalo Leyva
Plaintiff(s),
v.
Alberto Silva Avila, et al.
Defendant(s).

Case No.  **CV2021-003632**

**SUMMONS**

To: Maricela N. Medrano

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
Answer in writing with the Court, and you must pay the required filing fee. To file your
Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents
in this case.

3. If this Summons and the other court papers were served on you within the State of
Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
date of service, not counting the day of service. If this Summons and the other court papers
were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
service.

AZturboCourt.gov Form Set #5486241

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 05, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *SHANNON LASPALUTO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5488241